UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL LARSON, as attorney in fact for PATRICIA PEARCY,<br><br>Plaintiff,<br>v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-cv-00354-RSL<br><br>ORDER |

This matter comes before the Court on "Defendant's Motion for Extension of Time to Respond to the Complaint and Case Management Dates." Dkt. # 6. The motion is GRANTED in part. Defendant shall answer, respond, or otherwise plead to the Complaint by April 17, 2023. It is further ORDERED that the following deadlines are reset:

- Deadline for the FRCP 26(f) Conference -- April 12, 2023;

- Initial Disclosures Pursuant to FRCP 26(a)(1) -- April 19, 2023; and

- Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) -- April 26, 2023.

Dated this 3rd day of April, 2023.

Robert S. Lasnik
United States District Judge

ORDER - 1