UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL LARSON, as attorney in fact for PATRICIA PEARCY,<br><br>                           Plaintiff,<br><br>v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a foreign insurer,<br><br>                           Defendant. | Case No. 2:23-cv-00354-RSL<br><br>**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

THIS MATTER has come before the Court on the parties' Stipulated for the Withdrawal and Substitution of Counsel. Dkt. # 21. The motion is GRANTED. Joseph W. Moore and Cascade Law are no longer counsel for plaintiff: Heather N. Derenski shall remain counsel for plaintiff, at her new law firm, Cedar View Law, PLLC. Service of future documents or pleadings in this case shall be made to Cedar View Law, according to the Civil Rules and the following contact information:

        Heather N. Derenski
        108 Union Avenue
        Snohomish, WA 98290
        e: heather@cedarviewlaw.com
        p: (425) 460-0080

1  Dated this 3rd day of October, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge