UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL LARSON, *personal representative of the estate of Patricia Pearcy,*

Plaintiff,

vs.

JACKSON NATIONAL LIFE INSURANCE COMPANY,

Defendant.

NO. C23-354RSL

ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MARY ALICE THEILER AS SETTLEMENT JUDGE

The Court has appointed United States Magistrate Judge Mary Alice Theiler to act as settlement judge in this matter. Judge Theiler's courtroom deputy will contact the parties to schedule the settlement conference.

DATED this 20th day of November, 2026.

Robert S. Lasnik
United States District Judge